IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:01CR113 |
| vs. | |
| DANIEN WELLS, | ORDER |
| Defendant. | |

This matter is before the court on defendant's motion to dismiss, Filing No. 199, for lack of jurisdiction. The court has reviewed the motion and finds it is frivolous, without merit, and should be denied.

THEREFORE, IT IS ORDERED that defendant's motion to dismiss, Filing No. 199, is denied.

DATED this 9th day of May, 2012.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Judge